# EXHIBIT A



# E.A. WEINHAUS
## Evaluation of Instruction Program Report
21F: MGMT 180 LEC 2: SPECIAL TOPICS
No. of responses = 24
Enrollment = 33
Response Rate = 72.73%

### 1. Background Information:

**1.1) Your Degree Program:**

| | |
|---|---|
| Undergraduate Accounting | 1 |
| Other | 22 |

n=23

---

**1.2) If "Other", please specify your degree program (100 characters maximum):**

- Art History
- BA in Political Science
- Business
  Business
  Business Economics
- Business Economics
- Business-Economics (hopefully Entrepreneurship Minor)
- CaSB
- Chemistry/ Materials Science
- Communication major Entrepreneurship Minor
- Economics (2 Counts)
- Entrepreneurship minor
- Gender studies
- Geography/Environmental Studies w/ intended minor in Urban and Regional Planning
- History
- N/a
- Political Science (3 Counts)
- Pre- Business Economics
- Undergraduate Business Economics
- Undergraduate Environmental Science
- Undergraduate minor entrepreneurship

## 2. UCLA Anderson School of Management:



2.1) How effectively was the learning experience organized? — Very Low (0,0,2,7,15) Extremely High — n=24, av.=4.54, md=5, dev.=0.66

2.2) How well did the instructor demonstrate mastery of the subject? — Very Low (0,0,0,2,22) Extremely High — n=24, av.=4.92, md=5, dev.=0.28

2.3) To what extent was the instructor committed to this learning process? — Very Low (0,0,1,1,22) Extremely High — n=24, av.=4.88, md=5, dev.=0.45

2.4) How rigorous was this learning experience? — Very Low (0,0,9,12,3) Extremely High — n=24, av.=3.75, md=4, dev.=0.68

2.5) To what extent did the course increase your understanding of the subject? — Very Low (0,0,0,6,18) Extremely High — n=24, av.=4.75, md=5, dev.=0.44

2.6) Overall, how would you rate this course? — Very Low (0,0,0,5,19) Extremely High — n=24, av.=4.79, md=5, dev.=0.41

2.7) Overall, how would you rate the instructor? — Very Low (0,0,0,4,20) Extremely High — n=24, av.=4.83, md=5, dev.=0.38

## 3. Comments:

3.1) Comments to the instructor of this course:

- As a transfer from UC Berkeley, Coach has been professional, and loves what he teaches which transmutes the the students. Personally, I have thought about obtaining my J.D. and by being present in this class, and being that I've never taken a similar class, it truly has changed my perspective on which route I would like to take after my undergraduate program. In addition, this course has been well organized and instructor has been very easily accessible in comparison to other courses that I've taken in UCLA this quarter.

- Coach Weinhaus is a great instructor! He really engages with the class and the students in great depth. He knows how to make the class interesting and I looked forward to attending the class and learning new concepts and ideas. Coach made me feel comfortable in talking and participating in class, as a shy person this was hard for me but I managed to conquer such fears! It was a great class overall and I recommend it to everyone!

- Coach Weinhaus is an empathetic and energetic leader. Witnessing his passion for the law is a privilege. I truly don't get how he balances it all, but I'm grateful for the time he makes to teach this class. It's not often at UCLA that one has a professor who is authentically invested in teaching and

- helping students learn. We were lucky to have him this quarter!

- Coach Weinhaus is great!! Super knowledgable and has interesting real-world experience. He genuinely loves when his students participate and wants to hear what they have to say. He is excited when they bring up current events and enjoys discussing with them. He makes sure we know we can always reach out for help.

- Coach demonstrated what it meant to be a professional when he had personal circumstances affecting him yet carried on with the delivery of content week in and week out. My deepest condolences to your loss, Coach. What an engaging, passionate lecturer you are!

- Coach engaged with students throughout the course. My knowledge of this subject has increased drastically. I can tell Coach is passionate about his work at UCLA, he enjoys what he does.

- Coach is very interested in the topic and very motivated to teach which is refreshing. He brings a lot of energy to the class n we talk about a lot of relevant topics which keeps things interesting. I do not like how things are due at 11 am on Sundays, I think that is kind of a weird time. I also think lectures could be structured a little better. But, overall a great class, and I am learning a lot.

- Coach is very knowledgeable and brings forth so much energy to the class. It is evident he loves to teach and enjoys what he does which makes his students want to put more effort into his class. Coach is an amazing professor and teaches a great class.

- Coach was amazing - learned a lot of things that are applicable in the real world and definitely benefited from taking the class

- Coach, you are one of the best, if not the best, most caring professor at UCLA. The discussions were engaging and I even got to be a Republican and defend Rittenhouse without being canceled. Best professor ever!

- Coach, you made this class an utter joy to go to. The lectures were entertaining, I felt that I didn't have to take vigorous notes because of how engaging you were in lecture, and the content seemed to be real and useful. Thank you for making a great class and I hope I can take another class with you in the future.

- Great class and challenging interesting material

- He is a professional coach.

- I enjoyed the content material of the course. Even though I am far from a pre-law student, I enjoyed the rigor and deep dive of the subject alongside students who were. It allowed me to expand my mind and perspective on law. I enjoyed how student-led our discussions were because it showed you were attentive to our needs. The active discussion was also interesting for me to listen and also engage in. Overall, the rigor of the course had been manageable up until the final presentation. It is unfortunate that our group will be required to work on our project that is due Sunday of Thanksgiving break. We were not given enough time to work on this project before break either, because we had to focus on the group case assignment the week before.

- I loved the class! Thank you Coach!

- I walked into Coach's class nervous about participation and being put on the spot, but I can honestly say that the environment that he creates in the classroom made me want to participate everyday, and that I did. I truly enjoyed Coach's class and learned a lot from him that I know will be very beneficial in my future.

- Mr. Weinhaus is a great instructor for many reasons. First, his passion for the course material shines through how he teaches. He is incredibly knowledgeable because he has actually lived through some of the things he teaches. His understanding of the law is immense, as he's taken 2 bar exams and practices law in multiple states. He also cares for the students and really wants them to do well, as he

wanted to meet individually with students who weren't doing as well in the course. He also cares about how the students feel about the course. I remember he asked me in the hall at the beginning of the quarter "so what do you think of the course." Overall it was a good experience for my first quarter at UCLA.

- Overall I felt that this course really increased my knowledge of the law and helped me to understand basic legal concepts that I didn't before. It also really expanded my understanding of current legal news and in turn made me look more inquisitively at current cases. Coach and the TA really wanted us all to learn and they create a very comfortable environment in which to do so; they are always only an email away if you have any questions and they really make it clear that they want to help you learn. I never felt lost in this class because I always felt like I could speak up if I was confused. I would highly recommend this class to anyone interested in business, law, or current events who enjoys a good, lively discussion and is open to learning more.

- This class was overall just a really good time— just the right amount of challenge. Coach is very personable and understanding, and the TA, Ankeet, was fantastic as well. As a political science major, I was considering law school, but this class convinced me to go. Everyone knows that law is difficult to tackle in one quarter, but I feel that Coach made entrepreneurial strategy and law easy to understand. I also appreciate that he modeled the class and its exams like a class and exams in law school, so I now know what to expect in law school. You can really tell that he loves practicing law and teaching. Overall, a really great, straightforward guy. This class was great!

- This course was transformative for my educational experience at UCLA. This was the first law class I had enrolled in. At first, I felt intimated by the unfamiliar topics. Yet, Professor (Coach) Weinhaus was committed to giving thorough instruction on the course topics. I usually get scared by having to participate in class, but Coach's class environment made it easy. He wants to see his students succeed. His assignments also involved collaborative work with other students. This was well-received, as I was able to learn with other students in a group effort. This is something that is lacking from other professors. Coach's class has been my favorite so far at UCLA and I have gained important skills that are necessary for life outside college. His natural ability to teach paired with his knowledge of a wide range of legal topics made me excited about my future in the law.

- This has been one of my favorite classes at UCLA thus far.  Coach is an amazing lecturer and is truly passionate about the subject which shines through in how he interacts with students.  I'm not a pre-law student nor do I have any ambitions to become a lawyer, however, this class has been so enjoyable that I almost changed my mind about law school (sorry coach, still not going to turn to the dark side though :) ).  I would recommend this class to anyone interested in entrepreneurship, law, or any related business field.

- Typically I refrain from taking law classes because the expose my weak points but this class gave me a new appreciation for law.

# Profile

| | |
|---|---|
| Subunit: | MGMT |
| Name of the instructor: | E.A. WEINHAUS |
| Name of the course: (Name of the survey) | 21F: MGMT 180 LEC 2: SPECIAL TOPICS |

Values used in the profile line: Mean

## 2. UCLA Anderson School of Management:



| | | | | | |
|---|---|---|---|---|---|
| 2.1) | How effectively was the learning experience organized? | Very Low — Extremely High | | n=24 | av.=4.54 |
| 2.2) | How well did the instructor demonstrate mastery of the subject? | Very Low — Extremely High | | n=24 | av.=4.92 |
| 2.3) | To what extent was the instructor committed to this learning process? | Very Low — Extremely High | | n=24 | av.=4.88 |
| 2.4) | How rigorous was this learning experience? | Very Low — Extremely High | | n=24 | av.=3.75 |
| 2.5) | To what extent did the course increase your understanding of the subject? | Very Low — Extremely High | | n=24 | av.=4.75 |
| 2.6) | Overall, how would you rate this course? | Very Low — Extremely High | | n=24 | av.=4.79 |
| 2.7) | Overall, how would you rate the instructor? | Very Low — Extremely High | | n=24 | av.=4.83 |



# E.A. WEINHAUS
## Evaluation of Instruction Program Report
20F: MGMT 180 LEC 1: SPECIAL TOPICS
No. of responses = 19
Enrollment = 19
Response Rate = 100%

## 1. Background Information:

**1.1) Your Degree Program:**

| | | |
|---|---|---|
| Undergraduate Accounting | 4 | n=19 |
| Other | 15 | |

**1.2) If "Other", please specify your degree program (100 characters maximum):**

- Communication Major, Entrepreneurship Minor
- Economics (2 Counts)
- Economics Major, Entrepreneurship Minor
- Entrepreneurship
- Entrepreneurship  minor
- Entrepreneurship Minor
- Entrepreneurship minor elective
- Human Biology & Society Major, Undergraduate Minor in Entrepreneurship
- International Development
- Physics
- Public Affair
- UME
- Undergrad. Entrepreneurship Minor
- undergraduate entrepreneurship minor

## 2. UCLA Anderson School of Management:

**2.1) How effectively was the learning experience organized?**
Very Low — 0, 0, 0, 8, 11 — Extremely High
n=19
av.=4.58
md=5
dev.=0.51

**2.2) How well did the instructor demonstrate mastery of the subject?**
Very Low — 0, 0, 0, 2, 17 — Extremely High
n=19
av.=4.89
md=5
dev.=0.32



E.A. WEINHAUS, 20F: MGMT 180 LEC 1: SPECIAL TOPICS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2.3) | To what extent was the instructor committed to this learning process? | Very Low | 0 / 1 | 0 / 2 | 0 / 3 | 2 / 4 | 17 / 5 | Extremely High | n=19 av.=4.89 md=5 dev.=0.32 |
| 2.4) | How rigorous was this learning experience? | Very Low | 0 / 1 | 0 / 2 | 2 / 3 | 11 / 4 | 6 / 5 | Extremely High | n=19 av.=4.21 md=4 dev.=0.63 |
| 2.5) | To what extent did the course increase your understanding of the subject? | Very Low | 0 / 1 | 0 / 2 | 0 / 3 | 3 / 4 | 16 / 5 | Extremely High | n=19 av.=4.84 md=5 dev.=0.37 |
| 2.6) | Overall, how would you rate this course? | Very Low | 0 / 1 | 0 / 2 | 0 / 3 | 4 / 4 | 15 / 5 | Extremely High | n=19 av.=4.79 md=5 dev.=0.42 |
| 2.7) | Overall, how would you rate the instructor? | Very Low | 0 / 1 | 0 / 2 | 0 / 3 | 2 / 4 | 17 / 5 | Extremely High | n=19 av.=4.89 md=5 dev.=0.32 |

## 3. Comments:

3.1) Comments to the instructor of this course:

- Amazing course, coach was extremely enthusiastic about every class and was happy to answer any questions and help when we needed it. One of my favorite courses so far at UCLA. Tied for first place for favorite professors simply because he was so enthusiastic and happy to teach us every class. My only critique to make this course perfect would be that I think the slides could have been a little more organized. For studying and referring to material I think it would have been very beneficial to have more organization on each individual slide rather than screenshots or copied text.

- Best professor I have had in the minor. It was clear all he wanted us to get out of the class was the opportunity to LEARN something. It was a really refreshing style of teaching because it created a safe environment for us to ask questions and contribute. Plus he brought great guest speakers that really enhanced the learning experience. Overall 10/10 for Coach!

- Coach is very dedicate to helping students LEARN the material and be able to apply it to real situations, such as through the case studies we do. I actually wish we had more cases as it was so helpful in learning for me personally, since I am planning to go into a strategy based career path. He actually genuinely cares about the students and sees learning first before grades. He also utilizes many different platforms and medias to allow us to have a great experience learning and brings guest speakers in. I honestly learned a lot about how the law works around how businesses start and utilize it to its advantage. Despite being a new class, Coach taught it very well. To whoever is reading this, Coach deserves to be promoted not only because of how he taught the class, but how he taught effectively while keeping in mind of student's personal circumstances. I would recommend him many times over.

- Coach maintains an excellent classroom environment (even over zoom) that prioritizes the pace of student learning over the layed out syllabus schedule. That was critically important because a majority of the class had very little familiarity with the law. This was one of the most interesting courses I have taken for the minor and I especially enjoyed the speakers and relevant cases.
One thing that I wish was a bit more clear was the final project. The timeline and overall prompt was a bit vague and my group is struggling to get it done in only a week. But, this qualm is likely more so due to the fact that this is the first time this course is being taught as opposed to anything that Coach did in particular.
Overall, awesome course and awesome professor!

- I usually keep my descriptions of classes brief but this class (along with Real Estate and Business Law) has been one of my favorite classes. Not only does Coach show mastery of the law, but he also demonstrates that he cares about his students. I really hope that this course is offered every single quarter. The speakers brought to class are leaders in their fields and they also provide deep insights how they are succeeding in their career.

  In short, if I could, I would take this class every quarter

- It is obvious that Coach really cares about his students. I wish we could have all been together in a classroom but this class was great in my view. Thank you Coach for your dedication and energy you brought to each lecture. The guests speakers were also amazing.

- LOVED Coach! One of the more engaging courses I had over zoom. He clearly cares about student learning. If it is possible for the course to not be a seminar (and meet twice a week for shorter) that may be beneficial to learning as there is a lot of content to be engaged with for three hours. I would also recommend more breakout rooms which we did do towards the second half of the class. Thank you Coach for listening to student feedback and letting us ask questions. My last recommendation would be to make case grades and feedback available earlier in order and avalibe virtually (not just in office hours) so we could improve each one over time.

- Professor Weinhaus is one of the most caring instructors I have had at ucla. He really does care about each student's wellbeing and teaches the course in a rigorous, yet not intimidating manner. He is very enthusiastic about the material and is very knowledgeable about what he is teaching. The material and workload is very fair, and I would definitely take another course with professor weinhaus again. If I were to suggest one thing, it may be more convenient to split the class to two days a week instead of one long class once a week to lower student fatigue, but other than that everything about this course is exceptional. Amazing job Coach!!

- Professor Weinhaus was an excellent instructor. His lectures were interesting, informative, and well-organized. I always looked forward to his class, so that I could learn more about entrepreneurship and the law. I enjoyed the readings, and I was able to learn something new and fascinating each week. I specifically liked the fact that he would go over our homework in order for students' to see different perspectives on the cases. The topic of law was also nicely tied into the course, and it allowed me to consider the option of pursuing law school in the future.

- Thank you for inviting amazing guest speakers

- This is an amazing class for people who have no background in law. Coach is very committed to help students learn and incorporated useful materials for homework and class discussions. It would be nice if grades can be posted sooner. I really appreciate this class.

- This was by far the best class I have taken for the entrepreneurship minor. As a pre-law student, it was great to get a taste of how the law intersects with entrepreneurship and how the law can be used as a business strategy. Coach was able to convey the fundamental areas of law in a way that was both easy to understand and extremely interesting. I absolutely loved all of the guest speakers, cases, and examples that Coach pulled into the class, especially considering it was the first time it was taught. I am so appreciative of the exposure Coach provided to some amazing legal professionals. I thought the grading was fair, although one suggestion I have is increasing the transparency of grading by including a rubric or comments for assignments. Overall, I would highly recommend this class to anyone that has interest in law or entrepreneurship!

- Very good course. Thanks

- i really enjoyed your course !! not only were you overly committed in making it a fun and thorough learning experience but your connections with the various guest speakers will be something i'll never forget. your exams weren't unfairly difficult nor were the questions written in ambiguity. thanks for making the best of this fall quarter
  also really really appreciated his TA Garrett !! best TA I've ever had. super fast responses whenever i contacted him outside of class and he also makes himself readily available for help and clarification at

all times.

- some concepts were certainly washed over and could have spent a bit more time on. really enjoyed the guest speakers and wish there were more towards the end of the course. Coach is a wonderful professor. He truly cares and intends on providing relevant information to his students who views and treats us like his equals. He was a sincere breath of fresh air and I hope to run into him one day!

# Profile

| | |
|---|---|
| Subunit: | MGMT |
| Name of the instructor: | E.A. WEINHAUS |
| Name of the course: (Name of the survey) | 20F: MGMT 180 LEC 1: SPECIAL TOPICS |

Values used in the profile line: Mean

## 2. UCLA Anderson School of Management:

| | | | | |
|---|---|---|---|---|
| 2.1) | How effectively was the learning experience organized? | Very Low — Extremely High | n=19 | av.=4.58 |
| 2.2) | How well did the instructor demonstrate mastery of the subject? | Very Low — Extremely High | n=19 | av.=4.89 |
| 2.3) | To what extent was the instructor committed to this learning process? | Very Low — Extremely High | n=19 | av.=4.89 |
| 2.4) | How rigorous was this learning experience? | Very Low — Extremely High | n=19 | av.=4.21 |
| 2.5) | To what extent did the course increase your understanding of the subject? | Very Low — Extremely High | n=19 | av.=4.84 |
| 2.6) | Overall, how would you rate this course? | Very Low — Extremely High | n=19 | av.=4.79 |
| 2.7) | Overall, how would you rate the instructor? | Very Low — Extremely High | n=19 | av.=4.89 |