# EXHIBIT B



# E.A. WEINHAUS
## Evaluation of Instruction Program Report
19F: MGMT 195 TUT 1: INTERNSHIP
No. of responses = 7
Enrollment = 7
Response Rate = 100%

## 1. Background Information:

**1.1)** Your Degree Program:

| | | |
|---|---|---|
| Undergraduate Accounting | | 0 |
| Other | | 7 |

n=7

**1.2)** If "Other", please specify your degree program (100 characters maximum):

- Anthropology; Entrepreneurship Minor
- College of Letters and Science
- Communications Major, Entrepreneurship Minor
- Entrepreneur minor
- Entrepreneurship
- Entrepreneurship Minor
- Minor in Entrepreneurship

## 2. UCLA Anderson School of Management:



**2.1)** How effectively was the learning experience organized?
Very Low — Extremely High
0 0 0 3 4
n=7
av.=4.57
md=5
dev.=0.53

**2.2)** How well did the instructor demonstrate mastery of the subject?
Very Low — Extremely High
0 0 0 3 4
n=7
av.=4.57
md=5
dev.=0.53

**2.3)** To what extent was the instructor committed to this learning process?
Very Low — Extremely High
0 0 0 1 6
n=7
av.=4.86
md=5
dev.=0.38

**2.4)** How rigorous was this learning experience?
Very Low — Extremely High
0 2 2 2 1
n=7
av.=3.29
md=3
dev.=1.11

**2.5)** To what extent did the course increase your understanding of the subject?
Very Low — Extremely High
0 0 1 0 5
n=6
av.=4.67
md=5
dev.=0.82
ab.=1

**2.6)** Overall, how would you rate this course?
Very Low — Extremely High
0 0 2 0 5
n=7
av.=4.43
md=5
dev.=0.98

2.7)  **Overall, how would you rate the instructor?**



Very Low | 0   0   1   1   5 | Extremely High

1   2   3   4   5

n=7
av.=4.57
md=5
dev.=0.79

---

**3. Comments:**

3.1)  Comments to the instructor of this course:

- Coach Weinhause has made this class my favorite class I have ever taken at UCLA. Every time we had a lecture I did not feel like I was being forced to learn the material, I was excited to learn. The best part of this class was the fact that Coach would teach us things that we would never be able to find in a textbook, and that to me is invaluable. His tips on how to succeed in the business world and in your personal life are things that I will hold with me for the rest of my life and in every aspect of it. Best class ever. Best Coach ever.

- Coach is clearly very committed and dedicated to his work with his students. I did not expect to have such an organized, well thought out, and interactive lecture with him as we have had. By only having class 3 times throughout the quarter, it has allowed me to spend my time with my internship as opposed to balancing too much on my plate. I really enjoyed and looked forward to these nightly meetings.

- Coach was great! Learned a lot of new concepts I never thought about before. Great life lessons. Small, intimate classroom setting was great and necessary for this. Glad that we met 3x a quarter, b/c meeting more would be a lot of work on top of an internship. This is a unique opportunity, especially at a school the size of UCLA. Grateful to have taken this course -- definitely stands out as one of the most memorable classes in my college career.

- I really enjoyed this capstone class. The hands-on experience for me was invaluable. I learned a lot about myself and where and how I need to grow to become a true professional. Also, only meeting three times a quarter was fantastic. I was able to focus more on my internship and apply for other internships/ jobs. I believe every student no matter their major or minor should have to go through one of these classes before they graduate. Really great experience. Don't change a thing.

- Material was interesting and I think added to the internship experience. "Coach" was a bit harsh in his evaluation of students during class, but I think he meant well. The small class size was nice.

- The structure of this course was unlike any our class at UCLA. The small and intimate seminar setting really benefits the class. I felt closer to my professor and classmates and this quarter felt like a journey we all grew together with our internships. Huge fan of the ethos of this course being about the student and how the student can grow to achieve their goals in the future. Keep it the way it is.

# Profile

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Subunit:                              MGMT
Name of the instructor:               E.A. WEINHAUS
Name of the course:                   19F: MGMT 195 TUT 1: INTERNSHIP
(Name of the survey)

Values used in the profile line: Mean

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## 2. UCLA Anderson School of Management:



| | | | | n | av. |
|---|---|---|---|---|---|
| 2.1) | How effectively was the learning experience organized? | Very Low | Extremely High | n=7 | av.=4.57 |
| 2.2) | How well did the instructor demonstrate mastery of the subject? | Very Low | Extremely High | n=7 | av.=4.57 |
| 2.3) | To what extent was the instructor committed to this learning process? | Very Low | Extremely High | n=7 | av.=4.86 |
| 2.4) | How rigorous was this learning experience? | Very Low | Extremely High | n=7 | av.=3.29 |
| 2.5) | To what extent did the course increase your understanding of the subject? | Very Low | Extremely High | n=6 | av.=4.67 |
| 2.6) | Overall, how would you rate this course? | Very Low | Extremely High | n=7 | av.=4.43 |
| 2.7) | Overall, how would you rate the instructor? | Very Low | Extremely High | n=7 | av.=4.57 |