# EXHIBIT C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-DOMESTIC RELATIONS DIVISION

FILED
9/10/2018 5:28 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 9/10/2018 5:28 PM   2012D008800

IN RE THE MARRIAGE OF: )
)
EDWARD A. WEINHAUS, )
)
    Petitioner, )
) No. 2012 D 8800
    - and - )
) Calendar No. 62
)
NATALIE B. WEINHAUS, )
)
    Respondent. )

## NOTICE OF FILING

TO:   Gail O'Connor
        O'Connor Family Law, P.C.
        30 N. Lasalle
        Chicago, IL  60602
        gail@oconnorfamilylaw.com

      Please take notice that on September 10, 2018 I have caused to be filed with the Clerk of the Circuit Court of Cook County Domestic Relations Division, an AFFIDAVIT IN SUPPLEMENT TO EDWARD's RESPONSE TO O'CONNOR FAMILY LAW P.C.'S PETITION FOR SETTING FINAL ATTORNEYS' FEES AND COSTS AGAINST FORMER CLIENT AND OTHER RELIEF, a copy of which are attached hereto and served upon you.

_____
EDWARD WEINHAUS

## CERTIFICATE OF SERVICE

I, the undersigned, served this notice by [ ] faxing, [ ] hand delivering, [x] electronic mail, and/or mailing a copy [ ] of same to the above-named person at the above-listed address on September 11, before the hour of 5:00 pm.

_____
EDWARD WEINHAUS

EDWARD A. WEINHAUS, Pro Se
10859 Picadily Sq Dr; St. Louis, MO 63146
314 580 9580 eaweinhaus@gmail.com

1

FILED DATE: 9/10/2018 5:28 PM   2012D008800

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT-DOMESTIC RELATIONS DIVISION**

| | |
|---|---|
| IN RE THE MARRIAGE OF: )<br>)<br>EDWARD A. WEINHAUS, )<br>)<br>Petitioner, )<br>)     No. 2012 D 8800<br>- and - )<br>)     Calendar No. 62<br>NATALIE B. WEINHAUS, )<br>)<br>Respondent. ) | |

**AFFIDAVIT IN SUPPLEMENT TO EDWARD's RESPONSE TO O'CONNOR FAMILY LAW P.C.'S PETITION FOR SETTING FINAL ATTORNEYS' FEES AND COSTS AGAINST FORMER CLIENT AND OTHER RELIEF**

I, EDWARD A. WEINHAUS, under oath, states as follows:

1. I have been pursuing successful resolution of this matter since I terminated my relationship with O'Connor Family Law, P.C. on October 26, 2017.

2. On or about July 13, 2018, O'Connor Family Law, P.C. and I substantially resolved all of our outstanding legal issues regarding their Petition For Setting Final Attorneys' Fees And Costs Against Former Client And Other Relief. ("Petition").

3. On September 10, 2018, the Northern District of Illinois entered an order enjoining O'Connor Family Law, P.C. from pursuing any state court claims, including the present petition, and granting my Motion for Voluntary Dismissal with Prejudice and Stipuated Injunction of my claims against O'Connor et al.

4. A true and correct copy Judge Robert M. Dow, Jr.'s Stipulated Permanent Injunction, Dismissal And Order, disposing of case 1:18-cv-02868 is attached to this pleading.

5. The Permanent Injunction is to be enforced under federal jurisdiction by the Northern District of Illinois which shall retain exclusive jurisdiction over claims and

2

relations between the parties for events through the entering of the injunction, including for the Petition.

6. In a timeframe consistent with a non-emergent matter in the busy schedule of a professional firm such as O'Connor Family Law, P.C., I anticipate O'Connor *et al* will request a withdrawal of the Petition or take action with similar effect regarding the present motion to be in compliance with the Northern District's injunction without further action on my part beyond serving this Affidavit to them.

7. As terms of a full settlement, O'Connor *et al* have not released me from any debt obligations. Both parties have agreed to resolve any actual debts between them outstanding by a continual process of agreement over the course of time.

8. If I am called upon, I will verily testify to same.

FURTHER affiant sayeth not.

_____
EDWARD WEINHAUS

**VERIFICATION BY CERTIFICATION**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned hereby certifies that the statements set forth in this Affidavit are true and correct.

_____
EDWARD WEINHAUS

Edward A. Weinhaus
Plaintiff, *pro se*
10859 Picadily Sq Dr.
Creve Coeur, MO  63146
314 580 9580 eaweinhaus@gmail.com

3

FILED DATE: 9/10/2018 5:28 PM  2012D008800

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EDWARD A. WEINHAUS, ) | |
| ) | |
| Plaintiff, ) | Case No. 18-cv-2868 |
| ) | |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | |
| O'CONNOR FAMILY LAW, P.C., et al., ) | |
| ) | |
| Defendants. ) | |

## **STIPULATED PERMANENT INJUNCTION, DISMISSAL AND ORDER**

### STIPULATED INJUNCTION

In consideration of, and in reliance on the foregoing, all Parties stipulate to the entry of an order as follows:

1. No party shall file or maintain a civil suit against the other in any Court other than this Federal District Court for any actions before and until the filing of this Stipulated Injunction.

2. Defendant parties are enjoined from proceeding with any existing claim against Plaintiff in any court for any actions before and until the filing of this Stipulated Injunction.

3. The injunction contained herein shall take effect upon the Court's entry of this Stipulated Injunction.

### DISMISSAL ORDER WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Plaintiff, *pro se*, and the Defendants, by and through their counsel, stipulate and request that the Court dismiss, with prejudice, all of the claims asserted by Plaintiff in his complaint.

Plaintiff's motion for voluntary dismissal [13] is granted. EDWARD A. WEINHAUS v. O'CONNOR FAMILY LAW, P.C. et al, Civil No. 1:18-02868 (RMD, Jr.), is hereby dismissed with prejudice this 10th day of September, 2018. By agreement of the Parties, this Court shall retain jurisdiction for enforcement of this Order.

SO ORDERED.

FILED DATE: 9/10/2018 5:28 PM   2012D008800

Dated: September 10, 2018



_____
Robert M. Dow, Jr.
United States District Judge