# EXHIBIT E

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-DOMESTIC RELATIONS DIVISION

IN RE: THE MARRIAGE OF: )
)
EDWARD WEINHAUS, )
        Petitioner, )
) NO: 12 D 8800
and )
)
NATALIE WEINHAUS, )
        Respondent. )

## AGREED ORDER

This cause coming to be heard on agreement of the parties, the court fully advised in the premises:

IT IS HEREBY ORDERED:

1. Effective Sunday, June 9th at 3:00 p.m., Edward Weinhaus shall be designated as the primary residential parent of the parties' minor child   REDACTED

2. This order shall remain in full force and effect until further order of Court;

3. The parties shall cooperate in an effort to reach an agreement regarding parenting time and electronic communications for ⸺ while he is residing with Edward. If the parties are unable to reach an agreement, the Court shall address the issue upon proper notice and motion.

ENTERED: JUDGE REGINA A. SCANNICCHIO

JUN -7 2019

JUDGE    Circuit Court-2059

*Prepared by:*
HURST, ROBIN & KAY - #49363
Attorney for Respondent
30 N. LaSalle Street, Suite 1210
Chicago, Illinois 60602
(312) 782-2400
service@hrkfamilylaw.com