### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **EDWARD "COACH" WEINHAUS,**  Plaintiff,  v.  **ALABSERIES.COM;**  **TARIK FAOUD AJAMI;**  **ANDREW HUNTER**  **JOHN DOE #1**  **JOHN DOE #2**  Defendants. | Case No.: 4:22-cv-00115-CDP |

### NOTICE OF ENTRY OF APPEARANCE – JEFFREY H. KASS

Jeffrey H. Kass of the law firm of Lewis Brisbois Bisgaard & Smith LLP enters his appearance on behalf of Plaintiff Edward "Coach" Weinhaus.

Dated:  February 18, 2022           Respectfully Submitted,

By: s/*Jeffrey H. Kass*
Jeffrey H. Kass, EDMO No. 60672
LEWIS BRISBOIS BISGAARD & SMITH LLP
100 S. 4th Street, Suite 500
St. Louis, MO 63102
and
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel.:    303-861-7760
Fax:    303-861-7767
Jeffrey.Kass@lewisbrisbois.com

Edward "Coach" Weinhaus, MO Atty Reg. No. 72-255
LegalSolved LLC
10859 Piccadilly Sq. Dr.
Creve Coeur, MO. 63146

*Attorneys for Plaintiff*