UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-CV-00115-CDP |
| ALABSERIES.COM, a business partnership, TARIK FAOUD AJAMI, an individual, ANDREW HUNTER, an individual, and JOHN DOE #1 and JOHN DOE #2 | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Mark Sableman, Thompson Coburn LLP, enters his appearance for defendants Tarik Faoud Ajami and Andrew Hunter.

Dated:  April 4, 2022

THOMPSON COBURN LLP

By *Mark Sableman*
Mark Sableman, 36276MO
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
msableman@thompsoncoburn.com

Attorneys for Defendants Tarik Faoud Ajami and Andrew Hunter

17665615

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2022 the foregoing was filed electronically with the Clerk of The Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                      *Mark Sableman*