UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-00115-CDP |
| | ) | |
| ALABSERIES.COM, a business partnership, | ) | |
| TARIK FAOUD AJAMI, an individual, | ) | |
| ANDREW HUNTER, an individual, and | ) | |
| JOHN DOE #1 and JOHN DOE #2 | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED REQUEST FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Counsel for Plaintiff and Defendants Tarik Faoud Ajami and Andrew Hunter have agreed

to, and request the Court enter, an extension of time to and including May 31, 2022 for the

answer or other responsive motion or pleading of Defendants Tarik Faoud Ajami and Andrew

Hunter.

Dated:  April 4, 2022

THOMPSON COBURN LLP

By *Mark Sableman*
    Mark Sableman, 36276MO
    Michael L. Nepple 42082MO
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    msableman@thompsoncoburn.com
    mnepple@thompsoncoburn.com

Attorneys for Defendants Tarik Faoud Ajami and
Andrew Hunter

17665652

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2022 the foregoing was filed electronically with the Clerk of The Court to be served by operation of the Court's electronic filing system to all counsel of record.

_Mark Sableman_
_____
