UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:22-CV-00115-CDP |
| ALABSERIES.COM, a business partnership, TARIK FAOUD AJAMI, an individual, ANDREW HUNTER, an individual, and JOHN DOE #1 and JOHN DOE #2 | ) ) ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Michael L. Nepple, Thompson Coburn LLP, enters his appearance for defendants Tarik Faoud Ajami and Andrew Hunter.

Dated:  April 4, 2022

                                        THOMPSON COBURN LLP

                                        By *Michael L. Nepple*
                                        Michael L. Nepple 42082MO
                                        One US Bank Plaza
                                        St. Louis, Missouri  63101
                                        314-552-6000
                                        FAX 314-552-7000
                                        mnepple@thompsoncoburn.com

                                        Attorneys for Defendants Tarik Faoud Ajami and Andrew Hunter

17665643

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2022 the foregoing was filed electronically with the Clerk of The Court to be served by operation of the Court's electronic filing system to all counsel of record.

                                          *Michael L. Nepple*