UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ALABSERIES.COM, et al.,   )<br>  )<br>Defendants.   ) | No. 4:22 CV 115 CDP |

**ORDER**

This matter is before the Court for review pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiff filed a First Amended Complaint in this action on February 2, 2022, naming ALABSERIES.COM, John Doe #1, and John Doe #2 as defendants. A review of the file shows that these defendants have not been served in this matter, nor has service been waived on their behalf.

Under Fed. R. Civ. P. 4(m), the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 90 days after the filing of the complaint. The Rule 4(m) period for service of the First Amended Complaint expired in this matter on May 3, 2022, 90 days after its filing.

Accordingly,

**IT IS HEREBY ORDERED** that <u>**within seven (7) days of the date of this Order**</u>, plaintiff shall show cause why his claims against ALABSERIES.COM, John Doe #1, and John Doe #2 should not be dismissed without prejudice for failing to effectuate timely service.   Failure to timely comply with this Order will result in the dismissal without prejudice of plaintiff's claims as to any unserved defendant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2022.