UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSIOURI

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALABSERIES.COM, et al.,<br><br>　　　　　　　　Defendant. | Case No.: 4:22-CV-115-CDP |

## MEMORANDUM TO SHOW CAUSE WHY SERVICE NOT EFFECTUATED

　　In response to the Court's Order of May 5, 2022, Docket No. 10, Plaintiff states as follows:

　　1.　　Shortly after filing suit, counsel for Plaintiff and counsel for two of the Defendants agreed that an entry of appearance would be filed in lieu of service.

　　2.　　On April 4, 2022, counsel for these Defendants entered their appearance.

　　3.　　Since that time, the parties have exchanged multiple settlement terms and are close to resolving this case.

　　4.　　Because of those efforts, Plaintiff temporarily suspended efforts to serve more parties and identify John Does.

　　5.　　If settlement does not conclude shortly, it would resume efforts to serve, which would involve serving subpoenas and possibly some written discovery to the served defendants to identify the John Does.

　　6.　　As a result of the above, Plaintiff asks this Court to allow it to engage in 30 more days of settlement discussions and, if those do not result in a settlement, Plaintiff will resume all reasonable efforts to identify John Does and serve the remaining Defendants.

4868-2748-0862.1

Dated:  May 6, 2022

Respectfully Submitted,

   s/ *Jeffrey H. Kass*
Jeffrey H. Kass #46800(MO)
Jeffrey.Kass@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD &
SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760

Edward "Coach" Weinhaus, #72255 (MO)
LegalSolved LLC
10859 Piccadilly Sq. Dr.
Creve Coeur, MO 63146

*Attorneys for PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2022, I electronically filed the foregoing **MEMORANDUM TO SHOW CAUSE WHY SERVICE NOT EFFECTUATED** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

THOMPSON COBURN LLP

Mark Sableman
Michael L. Nepple
One US Bank Plaza
St. Louis, MO 63101
Phone: (314) 552 – 6000
msableman@thompsoncoburn.com
mnepple@thompsoncoburn.com

    s/ *Jeffrey H. Kass*
Jeffrey H. Kass
Attorneys for PLAINTIFF