UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:22 CV 115 CDP |
| ALABSERIES.COM, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

In response to my show cause order of May 5, 2022, plaintiff avers that this matter may be resolved within thirty days, which would obviate the need to serve process on the unserved defendants. He asks for additional time to serve the remaining defendants in the event the case is not settled. I will grant his request.

Accordingly,

**IT IS HEREBY ORDERED** that not later than **June 9, 2022**, plaintiff shall file either: 1) a notice that this case is settled with a request that the matter be passed for settlement, or 2) a motion for additional time to serve defendants ALABSERIES.COM, John Doe #1, and John Doe #2.

Failure to timely comply with this Order will result in the dismissal without prejudice of plaintiff's claims as to any unserved defendant.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of May, 2022.