UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00115-CDP |
| ) | |
| ALABSERIES.COM, a business partnership, ) | |
| TARIK FAOUD AJAMI, an individual, ) | |
| ANDREW HUNTER, an individual, and ) | |
| JOHN DOE #1 and JOHN DOE #2 ) | |
| ) | |
| Defendants. ) | |

**Stipulated Dismissal with Prejudice and Request to Retain Jurisdiction to Enforce Settlement**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Edward "Coach" Weinhaus and defendants Tarik Faoud Ajami and Andrew Hunter, representing all of the parties who have appeared, stipulate to dismissal of this action with prejudice against all defendants except John Doe 2, which shall be without prejudice, with each party to bear his own costs and attorneys' fees. The Parties further request that this Court retain jurisdiction to enforce the settlement between the parties.

AGREED AND STIPULATED:

By /s/ Mark Sableman
   Mark Sableman, 36276MO
   Michael Nepple
   THOMPSON COBURN LLP
   One US Bank Plaza
   St. Louis, MO 63101
   314-552-6000
   FAX 314-552-7000
   msableman@thompsoncoburn.com

*Attorneys for Defendants Tarik Faoud Ajami and Andrew Hunter*

By: /s/ Edward "Coach" Weinhaus
   Edward "Coach" Weinhaus, 72255MO
   LEGALSOLVED, LLC
   10859 Piccadilly Sq. Dr.
   Creve Coeur, MO 63146
   314-580-9580
   eaweinhaus@gmail.com

By /s/ Jeffrey H. Kass
   Jeffrey H. Kass, 60672 EDMO
   LEWIS BRISBOIS BISGAARD
     & SMITH LLP
   100 S. 4th Street, Suite 500
   St. Louis, MO 63102
   and
   1700 Lincoln Street, Suite 4000
   Denver, CO 80203
   Tel.:   303-861-7760
   Fax:   303-861-7767
   Jeffrey.Kass@lewisbrisbois.com

*Attorneys for Plaintiff Edward "Coach" Weinhaus*