IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, ) | |
| ) | Case No. 4:22-cv-00115-CDP |
| Plaintiff, ) | |
| VS. ) | |
| ) | |
| ALABSERIES.COM et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION AND EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE 13.05**

NOW COMES Plaintiff EDWARD "Coach" WEINHAUS, through counsel, and moves this Court for leave to file a Motion and Exhibits under seal, pursuant to Local Rule 13.05. In support, Plaintiff states:

1. Plaintiff is filing a motion (with memorandum) to enforce a confidential settlement agreement reached between the parties.

2. The settlement itself includes a term that it is confidential.

3. It would be impossible to set forth the breach of the settlement and attach the settlement without disclosing confidential terms.

4. Plaintiff therefore asks for leave to file the Motion and Exhibits under seal.

5. Plaintiff has not reached Defendants for their position as it relates to filing under seal.

6. Plaintiff files a memorandum in support under seal per Rule 13.05.

WHEREFORE Plaintiff seeks an order granting leave to file the Motion, Memorandum, and their Exhibits under seal.

DATED this 2nd day of January, 2024.

2

DICKSINSON WRIGHT PLLC

By: s/ *Jeffrey H. Kass*
Jeffrey H. Kass, E.D.Mo# 60672
1626 Wazee St., Suite 200
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email: JKass@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2024, a true and correct copy of the foregoing document was served via the courts ECF system which sends electronic transmission to all counsel of record.

*/s/ Jeffrey H. Kass*
Jeffrey H. Kass