# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS,  )  <br> ) <br> Plaintiff,  ) <br> VS.  ) <br> ) <br> ALABSERIES.COM et al.  ) <br> ) <br> Defendants.  ) | Case No. 4:22-cv-00115-CDP |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION AND EXHIBITS UNDER SEAL PURSUANT TO LOCAL RULE 13.05 [FILED UNDER SEAL]

The Enforcement Motion addresses a breach of material terms of a Confidential Settlement Agreement. The Enforcement Motion and Enforcement Memorandum discuss and disclose material confidential terms of the settlement and their breach. The Enforcement Motion and the Enforcement Memorandum include the Confidential Settlement Agreement as an Exhibit.

One of the material terms of the Confidential Settlement Agreement is ███████████████████████████████████████████████████████████████████████████████████████████████████.

As such, Plaintiff requests leave for the Enforcement Motion and the Enforcement Memorandum be filed under seal pursuant to Local Rule 13.05.

Plaintiff has not reached out to Defendants for their position as it relates to sealing the Enforcement Motion or the Enforcement Memorandum.

DATED this 3rd day of January, 2024.

DICKINSON WRIGHT, PLLC

By: *s/ Jeffrey H. Kass*
Jeffrey H. Kass, E.D.Mo# 60672
1626 Wazee St., Suite 200
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email:JKass@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2024, a true and correct copy of the foregoing document was served via the court's ECF System which sends electronic transmission to all counsel of record.

*/s/ Jeffrey H. Kass*
Jeffrey H. Kass