**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
| | ) | Case No. 4:22-cv-00115-CDP |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| ALABSERIES.COM et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT**
**[FILED UNDER SEAL]**

NOW COMES Plaintiff EDWARD "Coach" WEINHAUS, through counsel, and moves this Court to Enforce Settlement pursuant to this Court's order of May 26, 2022 for voluntary dismissal and request to retain jurisdiction to enforce settlement (ECF #14 Docket Minute Order related to ECF #13 - "Stipulated Dismissal with Prejudice and Request to Retain Jurisdiction to Enforce Settlement").  In support, Plaintiff states:

1. Plaintiff and Defendants entered into a Confidential Settlement Agreement, requiring Defendants to undertake certain actions. A copy of the Settlement Agreement is attached hereto as Exhibit 1.

2. Defendants failed to undertake the actions required by the Settlement Agreement, ██████████████████████████████████████████████ ████████████████████████████.

3. ██████████████████████████████████████████████ ██████████████████████████████████████████████.

4. Plaintiff files his memorandum in support contemporaneously herewith and incorporates the same into this motion.

1

WHEREFORE Plaintiff seeks an order enforcing the settlement agreement, ███

███████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████

DATED this 2nd day of January, 2024.

                                           DICKSINSON WRIGHT PLLC

                                           By: *s/ Jeffrey H. Kass*
                                                 Jeffrey H. Kass, E.D.Mo# 60672
                                                 1626 Wazee St., Suite 200
                                                 Denver, CO 80202
                                                 Tel: (303) 723-8400
                                                 Fax: (844) 670-6009
                                                 Email: JKass@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2024, a true and correct copy of the foregoing document was served via the courts ECF system which sends electronic transmission to all counsel of record.

                                         */s/ Jeffrey H. Kass*
                                         Jeffrey H. Kass