# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, ) | |
| ) | Case No. 4:22-cv-00115-CDP |
| Plaintiff, ) | |
| VS. ) | |
| ) | |
| ALABSERIES.COM et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT [FILED UNDER SEAL]

This is a simple breach of settlement enforcement motion.

Plaintiff and Defendants entered into a settlement agreement requiring

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████.

████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████.

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████

The parties ultimately settled the matter under various terms set forth in a certain confidential written settlement agreement, with the court retaining jurisdiction to enforce the settlement if need be (ECF No. 13 and 14). The settlement is attached as Exhibit 1.

The settlement ████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████





DATED this 2nd day of January, 2024.

        DICKINSON WRIGHT, PLLC

        By: s/ *Jeffrey H. Kass*
            Jeffrey H. Kass, E.D.Mo# 60672
            1626 Wazee St., Suite 200
            Denver, CO 80202
            Tel: (303) 723-8400
            Fax: (844) 670-6009
            Email:JKass@dickinson-wright.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2024, a true and correct copy of the foregoing document was served via the ECF system which sends electronic transmission to all counsel of record.

        */s/ Jeffrey H. Kass*
        Jeffrey H. Kass

4893-4123-5096 v1 [99998-4239]