# EXHIBIT 1

## Settings Agreement and Release

[redacted]

### Background

[redacted]

### Agreement Section

[redacted]

i. ███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████

███████████████████████









Date: _____

Date: _____

Date: _____

██████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████████

████████████████        ████

_____████████████████
Date: _____████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████

████████████████████



