# EXHIBIT 2



## thank you / update

~~[redacted]~~     Mon, May 15, 2023 at 12:52 PM
To: Edward Weinhaus

Hey Coach :

[redacted]

-Tarik

On Wed, May 3, 2023, 12:18 AM Edward Weinhaus
Tarik,

[redacted]

Coach

Edward "Coach" Weinhaus, Esq.



Continuing Lecturer (in Exile), UCLA Anderson School of Management