UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4: 22 CV 115 CDP |
| | ) | |
| ALABSERIES.COM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

No opposition having been filed to plaintiff's Motion for Leave to File Under Seal and the time to file any opposition having passed, I will grant the motion and instruct the Clerk of Court to file plaintiff's unredacted Motion to Enforce Settlement (ECF 16-1), Memorandum in Support (ECF 16-4), and exhibits (ECF 16-2, 16-3) under seal.  Upon review of plaintiff's redacted copy of the Memorandum in Support (ECF 18-2), however, I do not find the extent of the redaction to be warranted, especially redaction of the material that merely summarizes and recites portions of plaintiff's Complaint, which is publicly available at ECF 1.  I will therefore order plaintiff to resubmit a redacted copy of his Memorandum in Support of Motion to Enforce Settlement, with only that material lawfully considered confidential to be redacted from the document.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Seal [15] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file and docket plaintiff's unredacted Motion to Enforce Settlement (ECF 16-1), Memorandum in Support (ECF 16-4), and exhibits (ECF 16-2, 16-3) under seal.

**IT IS FURTHER ORDERED** that within three (3) days of the date of this Order, plaintiff shall file in the public record a redacted copy of the Memorandum in Support of Motion to Enforce Settlement with only the material that is lawfully considered confidential redacted from the document.

**IT IS FURTHER ORDERED** that defendants shall respond to plaintiff's Motion to Enforce Settlement within fourteen (14) days of the date of this Order.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 16th day of January, 2024.