# EXHIBIT 1

# Settlement Agreement and Release

## Background

## Agreement Section

s



i.

i. 





7. 

Date: ______________________

Date: ______________________

Date: ______________________

Date: ______________________________



Case: 4:22-cv-00115-CDP   Doc. #: 22-2   Filed: 01/17/24   Page: 10 of 10 PageID #: 234

