IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, )<br>)<br>   Plaintiff, )<br>VS. )<br>)<br>ALABSERIES.COM et al. )<br>)<br>        Defendants. ) | Case No. 4:22-cv-00115-CDP |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS REDACTIONS**

    Plaintiff EDWARD "Coach" WEINHAUS submits this Memorandum to explain why the redactions made to its motion to enforce settlement were all necessary in order to comply with the Court's Memorandum and Order (ECF 19). The Court's clerk requested Plaintiff submit this Memorandum.

    Plaintiff filed a motion and accompanying memorandum to enforce a confidential settlement agreement reached between the parties. The settlement includes a term that requiring that it be kept confidential.

    The motion to enforce settlement and memorandum in support include multiple statements that are confidential per the settlement.

    As a result, Plaintiff sought leave to file Motion and Exhibits under seal on January 3, 2024.

    In compliance with the Court's first Order on January 11, 2024 (ECF 17), Plaintiff filed a Redacted copy of all documents on January 12, 2024 (ECF 18).

    Plaintiff's request to file the Motion and Exhibits under seal, was Granted on January 16, 2024 (Per ECF 19).

    The Court's clerk has since asked Plaintiff to explain why the redactions are all necessary.

1

Plaintiff has carefully reviewed all redactions and there is no way to file its motion to enforce with less redactions without disclosing terms of the settlement that are confidential. Even describing the breach necessarily would make it obvious what confidential settlement terms were breached.

DATED this 23rd day of January, 2024.

DICKSINSON WRIGHT PLLC

By: *s/ Jeffrey H. Kass*
Jeffrey H. Kass, E.D.Mo# 60672
1626 Wazee St., Suite 200
Denver, CO 80202
Tel: (303) 723-8400
Fax: (844) 670-6009
Email: JKass@dickinson-wright.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23nd day of January, 2024, a true and correct copy of the foregoing document was served via the courts ECF system which sends electronic transmission to all counsel of record.

*/s/ Jeffrey H. Kass*
Jeffrey H. Kass