EXHIBIT  1





Tarik,



As for the trolls, your approach is the "I have better shit to do " approach. My approach is, "I believe I was meant to do this kind of shit and this is decent practice."

Coach

Coach

Edward "Coach" Weinhaus, Esq.



Lecturer, UCLA Anderson School of Management



On Sat, Sep 3, 2022 at 7:54 AM
Got the receipt, thank you.

With respect to Twitter I have a tried and true method to dealing with trolls (and if you think we were rough on you you should see some of the shit people say to me haha) and that's just to like the tweet and move on. Can only control my own end. Again, maybe not the Weinhaus philosophy but it's served me reasonably well.

Best,
Tarik

On Sat, Sep 3, 2022, 4:52 PM                                    wrote:
Tarik,

What I really need is to understand twitter. It definitely taxes my skills to engage/troll haters without actually having substantive conversations.

Coach

Edward "Coach" Weinhaus, Esq.

Lecturer, UCLA Anderson School of Management

On Sat, Sep 3, 2022 at 7:46 AM ALAB Series                          wrote:
Okay sent. Let me know when you receive it (or if you don't).

I have two other requests for now:

1. I think the website you sent up is funny and no issues with it generally but if you

2. I'd like to close out Sableman's file as soon as possible.

Tarik

On Sat, Sep 3, 2022, 4:35 PM Edward Weinhaus                          wrote:





