# EXHIBIT 2



Sat, Sep 3, 2022 at 10:40 AM

Sent from my iPhone