# EXHIBIT 3

Case: 4:22-cv-00115-CDP    Doc. #: 27-3    Filed: 02/02/24    Page: 2 of 4 PageID #: 312



# thank you / update - non-final- Paris coffee before of after Cannes
2 messages

Sun, Apr 30, 2023 at 3:29 PM

Tarik,

Coach

========

Case: 4:22-cv-00115-CDP   Doc. #: 27-3   Filed: 02/02/24   Page: 3 of 4 PageID #: 313



====

Coach

Edward "Coach" Weinhaus, Esq.

