# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD "COACH" WEINHAUS, ) | |
| ) | Case No. 4:22-cv-00115-CDP |
| Plaintiff, ) | |
| VS. ) | |
| ) | |
| ALABSERIES.COM et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO ENFORCE [FILED UNDER SEAL]

Plaintiff hereby requests leave to file his Reply to Defendants' Opposition to Plaintiff's Motion to Enforce under seal, because:

1. Plaintiff has filed a motion to enforce a settlement agreement that contains confidential terms. He has sought and been granted leave to file such motion under seal. See ECF Nos. 15-23.

2. Defendants' opposition to this motion necessarily discusses the terms of such agreement. Because Defendants' opposition includes quotes and/or specific information from the settlement agreement, Plaintiff requests leave to file his reply in opposition under seal for the reasons stated in its Memorandum in Support of this Motion.

WHEREFORE, Plaintiff respectfully request leave to file his Reply to the Opposition to Plaintiff's Motion to Enforce under seal.

1

DATED this 5th day of February, 2024.

                                      DICKINSON WRIGHT, PLLC

                                      By: s/ *Jeffrey H. Kass*
                                             Jeffrey H. Kass, E.D.Mo# 60672
                                             1626 Wazee St., Suite 200
                                             Denver, CO 80202
                                             Tel: (303) 723-8400
                                             Fax: (844) 670-6009
                                             Email:JKass@dickinson-wright.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of February, 2024, a true and correct copy of the foregoing document was served via the courts E-file system which sends electronic transmission to all counsel of record.

                                             */s/ Jeffrey H. Kass*
                                             Jeffrey H. Kass

4891-0063-3251 v1 [108150-1]