IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD "COACH" WEINHAUS, | ) | |
| | ) | Case No. 4:22-cv-00115-CDP |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | |
| ALABSERIES.COM et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO ENFORCE [FILED UNDER SEAL]**

The Enforcement Motion addresses a breach of material terms of a Confidential Settlement Agreement. The Enforcement Motion and Enforcement Memorandum discuss and disclose material confidential terms of the settlement and their breach. The Enforcement Motion and the Enforcement Memorandum include the Confidential Settlement Agreement as an Exhibit.

One of the material terms of the Confidential Settlement Agreement is a provision that ███████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████.

As such, Plaintiff requests leave for his Reply to Defendant's Response in Opposition to Enforce be filed under seal pursuant to Local Rule 13.05. Plaintiff has not reached out to Defendants for their position as it relates to sealing the Reply.

DATED this 5th day of February, 2024.

                              DICKINSON WRIGHT, PLLC

                              By: s/ *Jeffrey H. Kass*
                                  Jeffrey H. Kass, E.D.Mo# 60672
                                  1626 Wazee St., Suite 200
                                  Denver, CO 80202
                                  Tel: (303) 723-8400
                                  Fax: (844) 670-6009
                                  Email:JKass@dickinson-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2024, a true and correct copy of the foregoing document was served via the court's ECF System which sends electronic transmission to all counsel of record.

                                  */s/ Jeffrey H. Kass*
                                  Jeffrey H. Kass

4866-4270-5827 v1 [108150-1]