

**Helldude Classic**
@allahliker

if people want to know why we don't podcast any more this is the reason

8:06 AM · 7/8/23 from Earth · **7,238** Views

171 Likes

    

 **Johnny Bigballs** @wyatt_privilege · 14h
All legal podcasting is just this

 1   ⟲    63    5,002