2/2/24, 8:52 AM
Election 2024: Ald. Burke headed behind bars, but Burke's judges still rule the Cook County bench | Chicago City Wire

Case: 4:22-cv-00115-DLR   Doc #: 31-3   Filed: 02/08/24   Page 1 of 4   PageID #: 360

# Election 2024: Ald. Burke headed behind bars, but Burke's judges still rule the Cook County bench

**LOCAL GOVERNMENT**



Cook County Judge Regina Scannichio (L) and former Chicago Alderman Ed Burke (R) | University of Illinois at Chicago/Wikipedia

By **LGIS News Service**
Feb 2, 2024

Ed Burke is going to federal prison for abusing his position as an alderman. But his most powerful role was never on the Chicago City Council.

For more than 40 years, Burke signed off on every would-be judge seeking office in Cook County, serving as chairman of the Cook County Democratic Party's judicial slating committee.

Now, Burke is gone. But "Burke's judges" still reign in Illinois' largest county, and many are again seeking retention in 2024.

In Burke's home sub-circuit, the 14th, judges Regina Ann Scannicchio and Maura Slattery-Boyle are seeking retention this November.

Cook County's 14th Judicial Subcircuit covers the city's near southwest side and Burke's old 14th Ward, including parts of Little Italy, Pilsen, Little Village, Bridgeport, McKinley Park, Back of the Yards, Brighton Park, Gage Park, Lawndale, the Town of Cicero and City of Berwyn, where Scannicchio grew up, attending Morton East High School.

Scannicchio (appointed 2012) and Slattery-Boyle (2000) were Burke recommendations in the 14th, which was created in 1991 but, due to Burke's influence, didn't have a competitive election until 2018.

That's when Frausto-Sandoval, an immigration attorney allied with U.S. Rep. Jesus "Chuy" Garcia (D-IL), defeated Burke-backed Marina Ammendola in the Democratic Primary, 58 percent to 42 percent. She is also seeking retention in 2024.

Slattery-Boyle is former prosecutor and criminal court judge who drew criticism in 2018 **as the county's most reversed judge on appeal**. She still won retention, winning 62.5 percent of the vote.

Scannicchio was named Acting Presiding Judge of the Domestic Relations Division of the Circuit Court of Cook County by Tim Evans in Sept. 2022, replacing Grace Dickler.

Also seeking retention is Judge James Shapiro, who it was revealed during Burke's trial, was part of an "investment club" with Burke other active and retired judges.

**Shapiro drew headlines in Aug. 2021** for stripping shared custody of an 11 year old boy because her mother hadn't taken a coronavirus shot.

Other Burke-backed judges have recently retired and are not seeking retention.

They include Judge Michael Toomin, who presided over Cook County's juvenile justice division and was a judge on the 15th Subcircuit and was also revealed to be part of Burke's investment club, retired on Dec. 31, 2022.

Cook County Judge Laura Sullivan, a former neighbor of Burke who was slated in 2001 and became a judge in 2002, won retention in Nov. 2020 but retired two years before the end of her term, on Dec. 31, 2022.

Burke took over judicial slating for the Cook County Democrats in the mid-1980s and held on to the role until Jan. 2019, when after he was federally charged, Cook County Democratic Party Chairman Toni Preckwinkle replaced him with Senate President Don Harmon.

In 1997, Chicago Sun-Times Columnist Mark Brown described Burke's role as "making" judges.

"Every lawyer in Cook County who hopes to get elected to a judgeship in 1998 with the Democratic Party's endorsement will seek the blessing of Ald. Edward M. Burke," Brown wrote.

"Anybody who has a candidate has to see Eddie," Brown quoted a 'Democratic insider' as telling him.

**Burke, 79, was found guilty in December of 13 counts**, including racketeering, bribery and extortion. He is scheduled to be sentenced on June 17, 2024.

**ORGANIZATIONS IN THIS STORY**

**Circuit Court Of Cook County**

! **RECEIVE ALERTS**

The next time we write about any of these orgs, we'll email you a link to the story. You may edit your settings or unsubscribe at any time.

Sign-up

**DONATE**

Help support the Metric Media Foundation's mission to restore community based news.

Donate

**TRENDING**

**1**

Rep. Slaughter introduces bill to prevent law enforcement from pulling over drivers for speeding or vehicle violations

2  Kim Foxx assistant working both sides of legal system in post-conviction cases

3  Mayor, governor don't agree on need for proposed City Council Gaza ceasefire resolution

4  'Where is the cease fire for the nine women shot on 14th & Keeler;' Ald. Scott slams City Council for Pro-Hamas resolution

5 The Eric Stillman case is a case for police arbitration

## MORE NEWS

LOCAL GOVERNMENT

**Now free, Brian Beals, convicted of murder in 1988, is well-positioned with attorneys and the media to mount a successful civil action**

LOCAL GOVERNMENT

**Chicago Mayor casts deciding vote on Gaza Cease-Fire Resolution: 'I will exercise my vote and right'**

LOCAL GOVERNMENT

**Mayor Johnson on not supporting City Council oversight of COVID-fund spending on migrant crisis: It's 'about whether or not I get to fulfill my responsibility'**

LOCAL GOVERNMENT

**'Where is the cease fire for the nine women shot on 14th & Keeler;' Ald. Scott slams City Council for Pro-Hamas resolution**

LOCAL GOVERNMENT

**Mayor Brandon Johnson backs off policy to evict migrants from shelters after 60 days**

## CHICAGO CITY WIRE

| Other Publications | News | Marketing | More Info |
|---|---|---|---|
| Carbondale Reporter | Real Estate | Join Our Newsletter | About |
| Chambana Sun | Local Government | RSS | Contact |
| DeKalb Times | Politics | | Directory |
| Dupage Policy Journal | Community | | |
| East Central Reporter | Schools | | |
| Galesburg Reporter | Sports | | |
| Grundy Reporter | Business | | |
| Illinois Valley Times | Crime | | |
| Kane County Reporter | Gift Guide | | |
| Kankakee Times | Health | | |
| Kendall County Times | | | |
| LGIS | | | |

2/2/24, 8:52 AM	Election 2024: Ald. Burke headed behind bars, but Burke's judges still rule the Cook County bench | Chicago City Wire

Case: 4:22-cv-00115-CDP   Doc. #: 31-3   Filed: 02/08/24   Page: 4 of 4 PageID #: 372

- **Lake County Gazette**
- **Macon Reporter**
- **McHenry Times**
- **McLean County Times**
- **Metro East Sun**
- **NW Illinois News**
- **North Cook News**
- **North Egypt News**
- **Peoria Standard**
- **Prairie State Wire**
- **Quincy Reporter**
- **Rock Island Today**
- **Rockford Sun**
- **SE Illinois News**
- **Sangamon Sun**
- **South Central Reporter**
- **South Cook News**
- **South West Illinois News**
- **Southern Illinois News**
- **West Central Reporter**
- **West Cook News**
- **Will County Gazette**

© 2024 Chicago City Wire. All rights reserved.   Privacy Policy | Terms of Service